UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7060 JC | Date | October 27, 2014 |
|---|---|---|---|
| Title | Liu Aifang, et al. v. Velocity VIII Limited Partnership, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**  (In Chambers)

**ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO FOUR DEFENDANTS**

The action herein was filed on September 10, 2014. On September 17, 2014, plaintiffs filed proofs of service regarding service of the complaint and summons on multiple defendants, including Velocity VIII Limited Partnership, Velocity Regional Center, LLC, REO Group Properties, LLC, and Yunyan Guan, also known as Christine Guan ("Defendants in Issue"). The deadlines for the Defendants in Issue to file responsive pleadings has expired. See Fed. R. Civ. P. 4(e), 4(h)(1), 12(a)(1); Cal. Civ. Proc. Code §§ 415.10, 415.20(a), 415.20(b), 416.40, 416.90; Cal. Corp. Code § 1770.16(a). Since the expiration of such deadlines, based upon a review of the docket, the Court is unaware of any action having been undertaken in this matter relative to the Defendants in Issue. No Defendant in Issue has filed an answer. Nor has any Defendant in Issue requested an extension of time to file a responsive pleading. No request for the entry of default has been filed.

The Court, on its own motion, hereby ORDERS plaintiffs to show cause in writing no later than **November 6, 2014**, why this action should not be dismissed for lack of prosecution as against the Defendants in Issue.

It is plaintiffs' responsibility to respond promptly to all orders and to prosecute the action diligently. All stipulations affecting the progress of the case must be approved by the Court, except as otherwise provided in the Local Rules. L.R. 7-1, 8-3.

IT IS SO ORDERED.

| | Initials of Preparer | hr |
|---|---|---|