SAM TABIBIAN, ESQ. (BAR NO. 231422)
**CENTURY PARK LAW GROUP,**
**A PROFESSIONAL LAW CORPORATION**
1801 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 439-9153
Facsimile: (310) 439-9704

Attorneys for Defendants
VINCENT MESSINA &
MESSINA LEGAL GROUP, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Liu Aifang, Jin Bixia, Su Yan, Zhu Jingbo, Xu Jing, Gao Jinliang, Gou Xiaoye, Wang Hongmei, Xin Bin, Tan Yanting, Tao Qing, Lu Tsui-Hua, Chen Xiaoyan, Wu Chun-Fang, Liu Ssu-Han, Chen Jianxiu, Zhou Jun, Wu Shwu-Shing, Xian Hao and Peng Hsien-Li.

           Plaintiffs,

    vs.

Velocity VIII Limited Partnership, REO Group Properties, LLC, Yin Nan Wang, a.k.a. Michael Wang, Wendy Ko,Yunyan Guan, a.k.a, Christine Guan, Ning-Lee Ko, a.k.a. Lily Ko, Vincent Messina, Messina Legal Group, LLC, Y & C Builder Inc., California Bank & Trust, and DOES 1-25, inclusive,

           Defendant.

Case No.: 2:14-cv-07060 SJO (MANx)

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

- 1 -

Defendants VINCENT MESSINA & MESSINA LEGAL GROUP, LLC (hereinafter collectively referred to as "Defendants"), hereby answers the First Amended Complaint as follows:

**CASE OVERVIEW**

1. Answering Paragraph 1 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

2. Answering Paragraph 2 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

3. Answering Paragraph 3 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

4. Answering Paragraph 4 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

5. Answering Paragraph 5 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

6. Answering Paragraph 6 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

7. Answering Paragraph 7 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

8. Answering Paragraph 8 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

9.      Answering Paragraph 9 of the First Amended Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations, and on that basis deny them.

## THE PARTIES AND PLAYERS

10.     Answering Paragraph 10 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 10 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 10 of the First Amended Complaint and on that basis deny them.

11.     Answering Paragraph 11 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 11 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 11 of the First Amended Complaint and on that basis deny them.

12.     Answering Paragraph 12 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 12 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 12 of the First Amended Complaint and on that basis deny them.

13.     Answering Paragraph 13 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 13 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 13 of the First Amended Complaint and on that basis deny them.

14.     Answering Paragraph 14 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 14 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1   response is required, Defendants lack information and belief sufficient to respond to the
2   allegations of Paragraph 14 of the First Amended Complaint and on that basis deny them.

3       15.     Answering Paragraph 15 of the First Amended Complaint, Defendants
4   respond that the allegations set forth in Paragraph 15 of the First Amended Complaint
5   constitute legal conclusions and therefore no response is required. To the extent a
6   response is required, Defendants lack information and belief sufficient to respond to the
7   allegations of Paragraph 15 of the First Amended Complaint and on that basis deny them.

8       16.     Answering Paragraph 16 of the First Amended Complaint, Defendants
9   respond that the allegations set forth in Paragraph 16 of the First Amended Complaint
10  constitute legal conclusions and therefore no response is required. To the extent a
11  response is required, Defendants lack information and belief sufficient to respond to the
12  allegations of Paragraph 16 of the First Amended Complaint and on that basis deny them.

13      17.     Answering Paragraph 17 of the First Amended Complaint, Defendants
14  respond that the allegations set forth in Paragraph 17 of the First Amended Complaint
15  constitute legal conclusions and therefore no response is required. To the extent a
16  response is required, Defendants lack information and belief sufficient to respond to the
17  allegations of Paragraph 17 of the First Amended Complaint and on that basis deny them.

18      17.     Answering Paragraph 17 of the First Amended Complaint, Defendants
19  respond that the allegations set forth in Paragraph 17 of the First Amended Complaint
20  constitute legal conclusions and therefore no response is required. To the extent a
21  response is required, Defendants lack information and belief sufficient to respond to the
22  allegations of Paragraph 17 of the First Amended Complaint and on that basis deny them.

23      17.     Answering Paragraph 17 of the First Amended Complaint, Defendants
24  respond that the allegations set forth in Paragraph 17 of the First Amended Complaint
25  constitute legal conclusions and therefore no response is required. To the extent a
26  response is required, Defendants lack information and belief sufficient to respond to the
27  allegations of Paragraph 17 of the First Amended Complaint and on that basis deny them.

28

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

18.   Answering Paragraph 18 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 18 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 18 of the First Amended Complaint and on that basis deny them.

19.   Answering Paragraph 19 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 19 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 19 of the First Amended Complaint and on that basis deny them.

20.   Answering Paragraph 20 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 20 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 20 of the First Amended Complaint and on that basis deny them.

21.   Answering Paragraph 21 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 21 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 21 of the First Amended Complaint and on that basis deny them.

22.   Answering Paragraph 22 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 22 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 22 of the First Amended Complaint and on that basis deny them.

23.   Answering Paragraph 23 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 23 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1    response is required, Defendants lack information and belief sufficient to respond to the

2    allegations of Paragraph 23 of the First Amended Complaint and on that basis deny them.

3        24.    Answering Paragraph 24 of the First Amended Complaint, Defendants

4    respond that the allegations set forth in Paragraph 24 of the First Amended Complaint

5    constitute legal conclusions and therefore no response is required. To the extent a

6    response is required, Defendants lack information and belief sufficient to respond to the

7    allegations of Paragraph 24 of the First Amended Complaint and on that basis deny them.

8        25.    Answering Paragraph 25 of the First Amended Complaint, Defendants

9    respond that the allegations set forth in Paragraph 25 of the First Amended Complaint

10   constitute legal conclusions and therefore no response is required. To the extent a

11   response is required, Defendants lack information and belief sufficient to respond to the

12   allegations of Paragraph 25 of the First Amended Complaint and on that basis deny them.

13       26.    Answering Paragraph 26 of the First Amended Complaint, Defendants

14   respond that the allegations set forth in Paragraph 26 of the First Amended Complaint

15   constitute legal conclusions and therefore no response is required. To the extent a

16   response is required, Defendants lack information and belief sufficient to respond to the

17   allegations of Paragraph 26 of the First Amended Complaint and on that basis deny them.

18       27.    Answering Paragraph 27 of the First Amended Complaint, Defendants

19   respond that the allegations set forth in Paragraph 27 of the First Amended Complaint

20   constitute legal conclusions and therefore no response is required. To the extent a

21   response is required, Defendants lack information and belief sufficient to respond to the

22   allegations of Paragraph 27 of the First Amended Complaint and on that basis deny them.

23       28.    Answering Paragraph 28 of the First Amended Complaint, Defendants

24   respond that the allegations set forth in Paragraph 28 of the First Amended Complaint

25   constitute legal conclusions and therefore no response is required. To the extent a

26   response is required, Defendants lack information and belief sufficient to respond to the

27   allegations of Paragraph 28 of the First Amended Complaint and on that basis deny them.

28

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

29.     Answering Paragraph 29 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 29 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 29 of the First Amended Complaint and on that basis deny them.

30.     Answering Paragraph 30 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 30 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 30 of the First Amended Complaint and on that basis deny them.

31.     Answering Paragraph 31 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 31 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 31 of the First Amended Complaint and on that basis deny them.

32.     Answering Paragraph 32 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 17 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 32 of the First Amended Complaint and on that basis deny them.

33.     Answering Paragraph 33 of the First Amended Complaint, Defendants respond that the allegations set forth in Paragraph 33 of the First Amended Complaint constitute legal conclusions and therefore no response is required. To the extent a response is required, Defendants lack information and belief sufficient to respond to the allegations of Paragraph 33 of the First Amended Complaint and on that basis deny them.

## **JURISDICTION AND VENUE**

34.     Paragraph 34 contains only legal conclusions for which no response by Defendants is necessary. To the extent portions of Paragraph 34 are not conclusions,

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

35.     Paragraph 35 contains only legal conclusions for which no response by Defendants is necessary. To the extent portions of Paragraph 35 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

36.     Paragraph 36 contains only legal conclusions for which no response by Defendants is necessary. To the extent portions of Paragraph 36 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

37.     Paragraph 37 contains only legal conclusions for which no response by Defendants is necessary. To the extent portions of Paragraph 37 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## THE FRAUDULENT SCHEME

38.     Paragraph 38 contains only legal conclusions for which no response by Defendants is necessary. To the extent portions of Paragraph 37 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## THE COMMITMENT LETTER

39.     Paragraph 39 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 39 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

40.     Paragraph 40 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 40 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

41.    Paragraph 41 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 41 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

42.    Paragraph 42 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 42 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

43.    Paragraph 43 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 39 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

44.    Paragraph 44 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 44 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## THE POWER POINT PRESENTATION AND BROCHURE

45.    Paragraph 45 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 45 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

46.     Paragraph 46 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 46 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

47.     Paragraph 47 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 47 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

48.     Paragraph 48 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 48 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

49.     Paragraph 49 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 49 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

50.     Paragraph 50 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 50 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

51.     Paragraph 51 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1   Paragraph 51 are not conclusions, Defendants lack information or belief sufficient to

2   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

3        52.    Paragraph 52 contains only legal conclusions for which no response by

4   Defendants is necessary. Additionally, the document referenced in this paragraph was not

5   attached to the Complaint served on the Defendants. Therefore, to the extent portions of

6   Paragraph 52 are not conclusions, Defendants lack information or belief sufficient to

7   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

8        53.    Paragraph 53 contains only legal conclusions for which no response by

9   Defendants is necessary. Additionally, the document referenced in this paragraph was not

10   attached to the Complaint served on the Defendants. Therefore, to the extent portions of

11   Paragraph 53 are not conclusions, Defendants lack information or belief sufficient to

12   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

13        54.    Paragraph 54 contains only legal conclusions for which no response by

14   Defendants is necessary. Additionally, the document referenced in this paragraph was not

15   attached to the Complaint served on the Defendants. Therefore, to the extent portions of

16   Paragraph 54 are not conclusions, Defendants lack information or belief sufficient to

17   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

18        55.    Paragraph 55 contains only legal conclusions for which no response by

19   Defendants is necessary. Additionally, the document referenced in this paragraph was not

20   attached to the Complaint served on the Defendants. Therefore, to the extent portions of

21   Paragraph 55 are not conclusions, Defendants lack information or belief sufficient to

22   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

23        56.    Paragraph 56 contains only legal conclusions for which no response by

24   Defendants is necessary. Additionally, the document referenced in this paragraph was not

25   attached to the Complaint served on the Defendants. Therefore, to the extent portions of

26   Paragraph 56 are not conclusions, Defendants lack information or belief sufficient to

27   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

28

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

57.     Paragraph 57 (and all subparts therein) contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 57 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

58.     Paragraph 58 (and all subparts therein) contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 58 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

59.     Paragraph 59 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 59 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## REVISED COMMITMENT LETTERS

60.     Paragraph 60 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 60 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

61.     Paragraph 61 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 61 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

62.     Paragraph 62 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 62 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

63.     Paragraph 63 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 60 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

64.     Paragraph 60 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 64 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

65.     Paragraph 65 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 65 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

66.     Paragraph 66 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 66 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

67.     Paragraph 67 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1   Paragraph 67 are not conclusions, Defendants lack information or belief sufficient to

2   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

3       68.     Paragraph 68 contains only legal conclusions for which no response by

4   Defendants is necessary. Additionally, the document referenced in this paragraph was not

5   attached to the Complaint served on the Defendants. Therefore, to the extent portions of

6   Paragraph 68 are not conclusions, Defendants lack information or belief sufficient to

7   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

8       69.     Paragraph 69 contains only legal conclusions for which no response by

9   Defendants is necessary. Additionally, the document referenced in this paragraph was not

10  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

11  Paragraph 69 are not conclusions, Defendants lack information or belief sufficient to

12  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

13                    **SUBSCRIPTION AGREEMENT AND LIMITED**

14                        **PARTNERSHIP AGREEMENT**

15      70.     Paragraph 70 contains only legal conclusions for which no response by

16  Defendants is necessary. Additionally, the document referenced in this paragraph was not

17  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

18  Paragraph 70 are not conclusions, Defendants lack information or belief sufficient to

19  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

20      71.     Paragraph 71 contains only legal conclusions for which no response by

21  Defendants is necessary. Additionally, the document referenced in this paragraph was not

22  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

23  Paragraph 71 are not conclusions, Defendants lack information or belief sufficient to

24  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

25      72.     Paragraph 72 contains only legal conclusions for which no response by

26  Defendants is necessary. Additionally, the document referenced in this paragraph was not

27  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

28

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 72 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

73.     Paragraph 73 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 73 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

74.     Paragraph 74 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 74 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

75.     Paragraph 75 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 75 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

76.     Paragraph 76 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 76 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

77.     Paragraph 77 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 77 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

78.   Paragraph 78 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 78 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

79.   Paragraph 79 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 79 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**THE LOAN AGREEMENT**

80.   Paragraph 80 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 80 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**THE PRIVATE PLACEMENT MEMORANDUM, AND THE UPDATED SUBCRIPTION AND LIMITED PARTERNERSHIP AGREEMENTS**

81.   Paragraph 81 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 81 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

82.   Paragraph 82 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 82 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT

83.     Paragraph 83 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 83 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

84.     Paragraph 84 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 84 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

85.     Paragraph 85 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 85 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

86.     Paragraph 86 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 86 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

87.     Paragraph 87 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 87 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

88.     Paragraph 88 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 88 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

89.     Paragraph 89 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 81 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

90.     Paragraph 90 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 90 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

91.     Paragraph 91 (and all subparts therein) contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 91 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## MESSINA'S INVOLVEMENT

92.     Paragraph 92 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 90 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

93.     Paragraph 93 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1  Paragraph 93 are not conclusions, Defendants lack information or belief sufficient to

2  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

3       94.    Paragraph 94 contains only legal conclusions for which no response by

4  Defendants is necessary. Additionally, the document referenced in this paragraph was not

5  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

6  Paragraph 94 are not conclusions, Defendants lack information or belief sufficient to

7  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

8  **PURCHASE OF THE PROPERTY**

9       95.    Paragraph 95 contains only legal conclusions for which no response by

10  Defendants is necessary. Additionally, the document referenced in this paragraph was not

11  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

12  Paragraph 95 are not conclusions, Defendants lack information or belief sufficient to

13  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

14       96.    Paragraph 96 contains only legal conclusions for which no response by

15  Defendants is necessary. Additionally, the document referenced in this paragraph was not

16  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

17  Paragraph 96 are not conclusions, Defendants lack information or belief sufficient to

18  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

19       97.    Paragraph 97 contains only legal conclusions for which no response by

20  Defendants is necessary. Additionally, the document referenced in this paragraph was not

21  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

22  Paragraph 97 are not conclusions, Defendants lack information or belief sufficient to

23  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

24       98.    Paragraph 98 contains only legal conclusions for which no response by

25  Defendants is necessary. Additionally, the document referenced in this paragraph was not

26  attached to the Complaint served on the Defendants. Therefore, to the extent portions of

27  Paragraph 98 are not conclusions, Defendants lack information or belief sufficient to

28  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

99.     Paragraph 95 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the 99 served on the Defendants. Therefore, to the extent portions of Paragraph 99 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

100.     Paragraph 100 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 100 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

101.     Paragraph 101 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 11 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

102.     Paragraph 102 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 102 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

103.     Paragraph 103 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 103 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

104.     Paragraph 104 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 104 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

105.    Paragraph 105 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 105 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

106.    Paragraph 106 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 106 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

107.    Paragraph 107 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 107 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

108.    Paragraph 108 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 108 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

109.    Paragraph 109 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 109 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

110.    Paragraph 110 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 110 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

111.    Paragraph 111 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 111 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

112.    Paragraph 112 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 95 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

113.    Paragraph 113 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 113 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

114.    Paragraph 114 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 114 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

115.    Paragraph 115 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 115 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

116.   Paragraph 116 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 116 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

117.   Paragraph 117 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 117 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

118.   Paragraph 118 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 118 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

119.   Paragraph 119 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 95 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

120.   Paragraph 120 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 120 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

121.     Paragraph 122 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 122 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

123.     Paragraph 123 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 123 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

124.     Paragraph 124 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 124 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## **DISAPPEARANCE OF MONEY**

125.     Paragraph 125 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 125 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## **Relationship With California Bank & Trust**

126.     Paragraph 126 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 126 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

127.    Paragraph 127 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 127 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

128.    Paragraph 128 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 128 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

129.    Paragraph 129 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 129 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

130.    Paragraph 130 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 130 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

131.    Paragraph 131 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 131 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

132.    Paragraph 132 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 95 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

133.     Paragraph 133 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 133 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

134.     Paragraph 134 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 134 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

135.     Paragraph 135 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 135 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

136.     Paragraph 136 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 136 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

137.     Paragraph 137 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 137 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

138.    Paragraph 138 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 138 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

139.    Paragraph 139 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 139 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

140.    Paragraph 140 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 140 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

141.    Paragraph 141 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 141 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

142.    Paragraph 142 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 142 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

143.    Paragraph 143 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 95 are not conclusions, Defendants lack information or belief sufficient to admit or 143 the allegations in the referenced paragraph, and on that basis, deny them.

144.   Paragraph 144 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 144 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

145.   Paragraph 145 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 145 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

146.   Paragraph 146 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 146 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

147.   Paragraph 147 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 147 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

148.   Paragraph 148 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 95 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

149.    Paragraph 149 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 149 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

150.    Paragraph 150 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 150 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

151.    Paragraph 151 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 151 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

152.    Paragraph 152 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 152 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

153.    Paragraph 153 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 153 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

154.    Paragraph 154 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1  Paragraph 154 are not conclusions, Defendants lack information or belief sufficient to
2  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

3       155.   Paragraph 155 contains only legal conclusions for which no response by
4  Defendants is necessary. Additionally, the document referenced in this paragraph was not
5  attached to the Complaint served on the Defendants. Therefore, to the extent portions of
6  Paragraph 155 are not conclusions, Defendants lack information or belief sufficient to
7  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

8       156.   Paragraph 156 contains only legal conclusions for which no response by
9  Defendants is necessary. Additionally, the document referenced in this paragraph was not
10  attached to the Complaint served on the Defendants. Therefore, to the extent portions of
11  Paragraph 156 are not conclusions, Defendants lack information or belief sufficient to
12  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

13       157.   Paragraph 157 contains only legal conclusions for which no response by
14  Defendants is necessary. Additionally, the document referenced in this paragraph was not
15  attached to the Complaint served on the Defendants. Therefore, to the extent portions of
16  Paragraph 157 are not conclusions, Defendants lack information or belief sufficient to
17  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

18       158.   Paragraph 158 contains only legal conclusions for which no response by
19  Defendants is necessary. Additionally, the document referenced in this paragraph was not
20  attached to the Complaint served on the Defendants. Therefore, to the extent portions of
21  Paragraph 158 are not conclusions, Defendants lack information or belief sufficient to
22  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

23       159.   Paragraph 159 contains only legal conclusions for which no response by
24  Defendants is necessary. Additionally, the document referenced in this paragraph was not
25  attached to the Complaint served on the Defendants. Therefore, to the extent portions of
26  Paragraph 159 are not conclusions, Defendants lack information or belief sufficient to
27  admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

28

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

160.    Paragraph 160 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 160 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

161.    Paragraph 161 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 161 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

162.    Paragraph 162 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 162 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

163.    Paragraph 163 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 163 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

164.    Paragraph 164 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 164 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

165.    Paragraph 165 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 165 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

166.    Paragraph 166 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 166 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

167.    Paragraph 167 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 167 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

168.    Paragraph 168 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 168 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

169.    Paragraph 169 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 169 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

170.    Paragraph 170 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 170 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

171.    Paragraph 171 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 171 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

172.    Paragraph 172 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 172 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

173.    Paragraph 173 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 173 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

174.    Paragraph 174 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 174 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

175.    Paragraph 175 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 175 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

176.    Paragraph 176 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 176 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

177.    Paragraph 177 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 177 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

178.    Paragraph 178 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 178 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

179.    Paragraph 179 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 179 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## FIRST CLAIM FOR RELIEF

### Securities Fraud

### (15 U.S.C. SECTION 77l)

### (Against Defendants Velocity VIII, Wang, Guan, and Does 1-25)

180.    Answering Paragraph 180 of the First Amended Complaint, Defendants incorporate the prior responses.

181.    Paragraph 181 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 181 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

182.    Paragraph 182 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 182 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

183.    Paragraph 183 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 183 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## SECOND CLAIM FOR RELIEF

### Securities Fraud

### (15 U.S.C. SECTION 78j(b) & 17 CFR SECTION 240.10b-5)

### (Against Defendants (Against Defendants Velocity VIII, Wang, Guan and Does 1-25)

184.    Answering Paragraph 184 of the First Amended Complaint, Defendants incorporate the prior responses.

185.    Paragraph 185 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 185 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

186.    Paragraph 186 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 186 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## THIRD CLAIM FOR RELIEF

**Fraud and Deceit (Intentional Misrepresentation of Fact)**

**California Civil Code §1710(1)**

**(Against Defendants Velocity VIII, Michael Wang, Christine Guan and Does 1 - 25)**

187.    Answering Paragraph 187 of the First Amended Complaint, Defendants incorporate the prior responses.

188.    Paragraph 188 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 188 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

189.    Paragraph 189 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 189 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

190.    Paragraph 190 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 190 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

191.    Paragraph 191 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 191 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

192.    Paragraph 192 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 192 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

193.    Paragraph 193 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 193 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

194.    Paragraph 194 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 194 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## FOURTH CLAIM FOR RELIEF

### Fraud (Negligent Misrepresentation)

### California Civil Code Section 1710(2)

### (Against Defendants Velocity VIII, Michael Wang, Christine Guan

### and Does 1 -25)

195.    Answering Paragraph 195 of the First Amended Complaint, Defendants incorporate the prior responses.

196.    Paragraph 196 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 196 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

197.    Paragraph 197 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not

DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT

attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 197 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

198.   Paragraph 198 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 198 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

199.   Paragraph 199 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 199 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

### FIFTH CLAIM FOR RELIEF

**Conspiracy to Commit Fraud**

**(Against Defendants Velocity VIII, Michael Wang, Wendy Ko, Christine Guan, Ning-Lee Ko, Vincent Messina, Messina LLC, and Does 1-25)**

200.   Answering Paragraph 200 of the First Amended Complaint, Defendants incorporate the prior responses.

201.   Paragraph 201contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 201are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

202.   Paragraph 202 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Paragraph 202 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## SIXTH CLAIM FOR RELIEF

### Aiding and Abetting Fraud

**(Against Defendants Velocity VIII, Michael Wang, Wendy Ko, Christine Guan, Ning-Lee Ko, Vincent Messina, Messina LLC, and Does 1-25)**

203.    Paragraph 203 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 203 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

204.    Answering Paragraph 204 of the First Amended Complaint, Defendants incorporate the prior responses.

205.    Paragraph 205 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 205 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

206.    Paragraph 206 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 206 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## SEVENTH CAUSE OF ACTION

**(By Plaintiffs for Conversion against Defendants Velocity VIII, Ning-Lee Ko, Michael Wang, Wendy Ko, Christine Guan, REO Group, Vincent Messina, Messina LLC, Y & C Builder, California Bank & Trust, and Does 1- 25)**

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

207.   Answering Paragraph 207 of the First Amended Complaint, Defendants incorporate the prior responses.

208.   Paragraph 208 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 208 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

209.   Paragraph 209 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 209 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

210.   Paragraph 210 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 210 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

211.   Paragraph 211 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 211 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

212.   Paragraph 212 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 212 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

213.    Paragraph 213 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 213 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

214.    Paragraph 214 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 214 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

215.    Paragraph 215 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 215 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

216.    Paragraph 216 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 200 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## EIGHTH CLAIM FOR RELIEF

### Conspiracy to Commit Conversion

**(By Plaintiffs for Conversion against Defendants Velocity VIII, Ning-Lee Ko, Michael Wang, Wendy Ko, Christine Guan, REO Group, Vincent Messina, Messina LLC, Y & C Builder, and Does 1- 25)**

217.    Answering Paragraph 217 of the First Amended Complaint, Defendants incorporate the prior responses.

218.    Paragraph 218 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 218 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

219.    Paragraph 219 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 219 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

220.    Paragraph 220 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 220 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## NINTH CAUSE OF ACTION

**(By Plaintiffs for Aiding and Abetting Conversion against Defendants Velocity VIII, Ning-Lee Ko, Michael Wang, Wendy Ko, Christine Guan, REO Group, Vincent Messina, Messina LLC, Y & C Builder, California Bank & Trust, and Does 1 -25)**

221.    Answering Paragraph 221 of the First Amended Complaint, Defendants incorporate the prior responses.

222.    Paragraph 222 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 222 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

223.    Paragraph 223 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not

attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 223 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

224.    Paragraph 224 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 224 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## TENTH CAUSE OF ACTION

**(By Plaintiffs for Negligence against Defendant California Bank & Trust and Does 1-25)**

225.    Answering Paragraph 225 of the First Amended Complaint, Defendants incorporate the prior responses.

226.    Paragraph 226 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 226 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

227.    Paragraph 227 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 227 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

228.    Paragraph 228 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 228 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

## ELEVENTH CAUSE OF ACTION

**(By Plaintiffs for Breach of Fiduciary Duty against Defendant Messina and Messina LLC and Does 1-25)**

229.    Answering Paragraph 229 of the First Amended Complaint, Defendants incorporate the prior responses.

230.    Paragraph 230 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 230 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

231.    Paragraph 231 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 231 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

232.    Paragraph 232 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 232 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

233.    Paragraph 233 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of Paragraph 233 are not conclusions, Defendants lack information or belief sufficient to admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

234.    Paragraph 234 contains only legal conclusions for which no response by Defendants is necessary. Additionally, the document referenced in this paragraph was not attached to the Complaint served on the Defendants. Therefore, to the extent portions of

1   Paragraph 234 are not conclusions, Defendants lack information or belief sufficient to

2   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

3       235.    Paragraph 235 contains only legal conclusions for which no response by

4   Defendants is necessary. Additionally, the document referenced in this paragraph was not

5   attached to the Complaint served on the Defendants. Therefore, to the extent portions of

6   Paragraph 235 are not conclusions, Defendants lack information or belief sufficient to

7   admit or deny the allegations in the referenced paragraph, and on that basis, deny them.

8   **<u>TWELFTH CAUSE OF ACTION</u>**

9   **(By Plaintiffs for Constructive Trust against Defendants Velocity VIII, Ning-Lee**

10  **Ko, Michael Wang, Wendy Ko, Christine Guan, REO Group, Vincent Messina,**

11  **Messina LLC, Y & C Builder, California Bank & Trust, and Does 1- 25)**

12      236.    Answering Paragraph 1 on Page 71 of the First Amended Complaint,

13  Defendants incorporate the prior responses.

14      237.    Paragraph 2 on Page 71 contains only legal conclusions for which no

15  response by Defendants is necessary. Additionally, the document referenced in this

16  paragraph was not attached to the Complaint served on the Defendants. Therefore, to the

17  extent portions of Paragraph 2 on Page 71 are not conclusions, Defendants lack

18  information or belief sufficient to admit or deny the allegations in the referenced

19  paragraph, and on that basis, deny them.

20      238.    Paragraph 3 on Page 71 contains only legal conclusions for which no

21  response by Defendants is necessary. Additionally, the document referenced in this

22  paragraph was not attached to the Complaint served on the Defendants. Therefore, to the

23  extent portions of Paragraph 3 on Page 71 are not conclusions, Defendants lack

24  information or belief sufficient to admit or deny the allegations in the referenced

25  paragraph, and on that basis, deny them.

26      239.    Paragraph 4 on Page 72 contains only legal conclusions for which no

27  response by Defendants is necessary. Additionally, the document referenced in this

28  paragraph was not attached to the Complaint served on the Defendants. Therefore, to the

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1  extent portions of Paragraph 4 on Page 72 are not conclusions, Defendants lack
2  information or belief sufficient to admit or deny the allegations in the referenced
3  paragraph, and on that basis, deny them.

4       240.   Paragraph 5 on Page 72 contains only legal conclusions for which no
5  response by Defendants is necessary. Additionally, the document referenced in this
6  paragraph was not attached to the Complaint served on the Defendants. Therefore, to the
7  extent portions of Paragraph 5 on Page 72 are not conclusions, Defendants lack
8  information or belief sufficient to admit or deny the allegations in the referenced
9  paragraph, and on that basis, deny them.

10      241.   Paragraph 6 on Page 72 contains only legal conclusions for which no
11  response by Defendants is necessary. Additionally, the document referenced in this
12  paragraph was not attached to the Complaint served on the Defendants. Therefore, to the
13  extent portions of Paragraph 6 on Page 72 are not conclusions, Defendants lack
14  information or belief sufficient to admit or deny the allegations in the referenced
15  paragraph, and on that basis, deny them.

16                    **DEFENDANTS' AFFIRMATIVE DEFENSES**

17      Defendants assert the following Affirmative Defenses, without assuming the
18  burden of proof when such burden would otherwise be on Plaintiff.

19                       **FIRST AFFIRMATIVE DEFENSE**

20      1.     On information and belief, the First Amended Complaint, and each
21  purported cause of action thereof, fails to state facts sufficient to constitute a cause of
22  action upon which relief can be granted.

23                      **SECOND AFFIRMATIVE DEFENSE**

24      2.     On information and belief, the First Amended Complaint, and each cause of
25  action thereof, is barred by the applicable statute of limitations.

26

27

28

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

**THIRD AFFIRMATIVE DEFENSE**

3.      On information and belief, because of the actions and inactions of Plaintiffs and reliance thereon by Defendants, Plaintiffs are estopped from asserting the alleged claims set forth in the Complaint against Defendants.

**FOURTH AFFIRMATIVE DEFENSE**

4.      These answering Defendants are informed and believes and thereon alleges that, because of Plaintiffs' misconduct in connection with the events which are the subject of this lawsuit, Plaintiffs come into this Court with unclean hands and, therefore, should be denied any relief whatsoever.

**FIFTH AFFIRMATIVE DEFENSE**

5.      On information and belief, by reason of their conduct, Plaintiffs have waived all the alleged causes of action against Defendants as set forth in the First Amended Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

6.      On information and belief, Plaintiffs' action is barred by the equitable doctrine of laches.

**SEVENTH AFFIRMATIVE DEFENSE**

7.      On information and belief, any breach of contract, negligence, strict liability or other fault, act or omission on the part of Defendants, if any, was neither the cause-in-fact nor the proximate cause of Plaintiffs' damages or liabilities, if any. Rather, any such alleged breaches, acts, or omissions, if any, were only secondary, inconsequential, and indirect, and in no way contributed to or caused the alleged damages or liabilities of Plaintiffs, if any.

**EIGHTH AFFIRMATIVE DEFENSE**

8.      On information and belief, Defendants are informed and believe and thereon allege that the damages and injuries allegedly sustained by the Plaintiffs, if any, were caused by a risk, if any, knowingly and willingly assumed by Plaintiffs.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

## NINTH AFFIRMATIVE DEFENSE

9.     On information and belief, in the event Defendants are found liable in any manner to Plaintiffs, Defendants would be entitled to offsets and credits against any purported damages, if any, allegedly sustained by Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

10.     On information and belief, Defendants allege in response to the First Amended Complaint, and each of its causes of action, that Plaintiffs have failed to give reasonable, timely, sufficient or adequate notice of the alleged claim, liability and/or damage as required by the contract documents. As a result, Plaintiffs are barred from recovering any damages suffered, if any, from this answering First Amended Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     Defendants are informed and believe and thereon allege that the Plaintiffs' damages, if any, are the result, in whole or in part, of Plaintiffs' failure to exercise reasonable care to reduce or mitigate their damages.

## TWELFTH AFFIRMATIVE DEFENSE

12.     Defendants allege, without admitting to the existence of any duties or obligations alleged in the First Amended Complaint, that any duties or obligations, contractual or otherwise, which Plaintiffs claim are owed by Defendants to Plaintiffs have been fully excused.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Breach by Third Parties)

13.     On information and belief, Defendants allege that the loss to Plaintiffs, if any, was occasioned by, and as a result of, its failure to comply with the terms of the alleged agreement between Plaintiffs and others herein. Therefore, answering Defendants are entitled to an offset, as determined with respect to such failure, against answering Defendants' liability, if any.

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

1

## PRAYER

2    WHEREFORE, Defendants pray that this Court enter a judgment as follows:

3    1.    That the First Amended Complaint be dismissed with prejudice and that

4    judgment be entered in favor of Defendants;

5    2.    That Plaintiff take nothing by way of his First Amended Complaint;

6    3.    That Defendants be awarded their costs of suit incurred in the defense of

7    this action, including their reasonable attorney's fees; and

8    4.    For such further and other relief as the Court may deem just and proper.

9    ## DEMAND FOR JURY TRIAL

10    Defendants hereby demands a jury for all claims for which a jury is permitted.

11

12

13    DATE: June 10, 2015                    **CENTURY PARK LAW GROUP,**

14                                           A Professional Law Corporation

15

16                                           BY:_____

17                                           SAM TABIBIAN

18                                           Attorney for Defendants

19                                           VINCENT MESSINA &

                                             MESSINA LEGAL GROUP, LLC

20

21

22

23

24

25

26

27

28

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

**DECLARATION OF SERVICE**

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of Los Angeles and my business address is 1801 Century Park East, Suite 2100, Los Angeles, CA 90067.

On June 10, 2015, at Los Angeles, California, I served the attached document(s):

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

on the following parties:

SEE ATTACHED SERVICE LIST

**X** **BY ELECTRONIC FILING:** The documents were filed electronically via the court's CM/ECF system. Accordingly, service was made by virtue of a Notice of Electronic Filing ("NEF") generated automatically upon the filing of the document and transmitted to the email addresses of all counsel of record who have consented to electronic service. By the terms of the courts rules governing electronic filing, service of the documents is deemed complete upon the transmission of the NEF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on June 10, 2015, at Los Angeles, California.

_____
Sam Tabibian

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

## SERVICE LIST

Edward Cosmo Ho
Atkinson Andelson Loya Ruud and Romo APC
12800 Center Court Drive South Suite 300
Cerritos, CA 90703
562-653-3200
Fax: 562-653-3333
Email: eho@aalrr.com

Mike Margolis
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
424-239-3400
Fax: 424-239-3434
Email: mmargolis@blankrome.com

Joseph N Akrotirianakis
Atkinson Andelson Loya Ruud and Romo PLC
12800 Center Court Drive Suite 300
Cerritos, CA 90703
562-653-3200
Fax: 563-563-3333
Email: jakro@aalrr.com

Naki Margolis
Blank Rome LLP
601 Montgomery Street Suite 2030
San Francisco, CA 94111
415-986-2144
Fax: 415-986-4461
Email: nirvin@BlankRome.com

Pedram Minoofar
Yadegar & Minoofar, LLP
1801 Avenue of the Stars
Suite 1025
Los Angeles, CA 90067
310-499-0140
Fax: 888-534-0290
Email: pedram@ymsllp.com

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

Edward Gartenberg
Gartenberg Gelfand Hayton LLP
801 South Figueroa Street Suite 2170
Los Angeles, CA 90017
213-542-2100
Fax: 213-542-2101
Email: egartenberg@gghslaw.com

Philip C Law
Law Offices of Philip C Law
355 South Grand Avenue Suite 2450
Los Angeles, CA 90071
213-344-8986
Fax: 213-596-0509
Email: plaw168@gmail.com

Oren Bitan
Buchalter Nemer PLC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017
213-891-0700
Fax: 213-896-0400
Email: obitan@buchalter.com

Robert S Addison , Jr
Buchalter Nemer APC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017-2457
213-891-0700
Fax: 213-896-0400
Email: raddison@buchalter.com

**DEFENDANTS VINCENT MESSINA & MESSINA LEGAL
GROUP, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**