BUCHALTER NEMER
A Professional Corporation
ROBERT S. ADDISON, JR. (SBN: 188565)
MARK T. CRAMER (SBN: 198952)
OREN BITAN (SBN: 251056)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: raddison@buchalter.com

Attorneys for Defendant
California Bank & Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liu Aifang, Jin Bixia, Su Yan, Zhu Jingbo, Xu Jing, Gao Jinliang, Gou Xiaoye, Wang Hongmei, Xin Bin, Tan Yanting, Tao Qing, Lu Tsui-Hua, Chen Xiaoyan, Chen Jianxiu, Zhou Jun, and Xian Hao,<br><br>Plaintiffs,<br><br>vs.<br><br>Velocity VIII Limited Partnership, REO Group Properties, LLC, Yin Nan Wang, a.k.a. Michael Wang, Wendy Ko, Yunyan Guan a.k.a, Christine Guan, Ning-Lee Ko, a.k.a. Lily Ko, Vincent Messina, Messina Law Group, LLC, Y & C Builder Inc., California Bank & Trust, and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-07060 SJO (MANx)<br><br>*Assigned to Honorable S. James Otero*<br>Department: 10<br><br>**NOTICE OF DEFENDANT CALIFORNIA BANK & TRUST'S NAME CHANGE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD, IF ANY:**

**NOTICE IS GIVEN** that effective December 31, 2015, Defendant, California Bank & Trust, merged its banking charter into ZB, N.A., a national

///

///

BN 20268481v1

banking association and no longer exists as a separate California banking corporation. Effective December 31, 2015, California Bank & Trust's name has been changed to "ZB, N.A., a national banking association, dba California Bank & Trust."

DATED: March 3, 2016

BUCHALTER NEMER
A Professional Corporation

By: /s/ - *Robert S. Addison, Jr.*
    Robert S. Addison, Jr.
    Attorneys for Defendant
    ZB, N.A., a national banking association, dba California Bank & Trust