```
                    FILED
           CLERK, U.S. DISTRICT COURT

              August 22, 2016

         CENTRAL DISTRICT OF CALIFORNIA
         BY: ___VPC___ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| Liu Aifang, Jin Bixia, Su Yan, Zhu Jingbo, Xu Jing, Gao Jinliang, Gou Xiaoye, Wang Hongmei, Xin Bin, Tan Yanting, Tao Qing, Lu Tsui-Hua, Chen Xiaoyan, Chen Jianxiu, Zhou Jun, Xian Hao,<br><br>Plaintiffs,<br><br>vs.<br><br>Velocity VIII Limited Partnership, REO Group Properties, LLC, Yin Nan Wang, aka Michael Wang, Wendy Ko, Yunyan Guan aka Christine Guan, Ning-Lee Ko, aka, Lily Ko, Vincent Messina, Messina Legal Group, LLC, Y&C Builder Inc., California Bank & Trust, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:14-cv-07060 SJO (MRWx)<br><br>*Assigned for All Purposes to:*<br>Judge S. James Otero, Courtroom 1<br><br>**JUDGMENT IN CIVIL ACTION AGAINST DEFENDANT YIN NAN WANG AKA MICHAEL WANG** |

Pursuant to the terms of the Stipulated Judgment previously agreed to among Defendant Yin Nan Wang aka Michael Wang and Plaintiffs Liu Aifang, Jin Bixia, Su Yan, Zhu Jingbo, Xu Jing, Gao Jinliang, Gou Xiaoye, Wang Hongmei, Xin Bin, Tan Yanting, Tao Qing, Lu Tsui-Hua, Chen Xiaoyan, Chen Jianxiu, Zhou Jun, and Xian Hao ("Plaintiffs") and there being no just reason for delay:

**IT IS ORDERED** that judgment is hereby entered against Defendant Yin

Nan Wang, aka Michael Wang, and in favor of Plaintiffs, in the principal sum of Four Million Dollars (USD $4,000,000.00).

Dated: August 22, 2016

By: *S. James Otero*

Judge of the United States District Court, Central District of California