ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| Liu Aifang, Jin Bixia, Su Yan, Zhu Jingbo, Xu Jing, Gao Jinliang, Gou Xiaoye, Wang Hongmei, Xin Bin, Tan Yanting, Tao Qing, Lu Tsui-Hua, Chen Xiaoyan, Chen Jianxiu, Zhou Jun, Xian Hao,<br><br>Plaintiffs,<br><br>vs.<br><br>Velocity VIII Limited Partnership, REO Group Properties, LLC, Yin Nan Wang, aka Michael Wang, Wendy Ko, Yunyan Guan aka Christine Guan, Ning-Lee Ko, aka, Lily Ko, Vincent Messina, Messina Legal Group, LLC, Y&C Builder Inc., California Bank & Trust, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:14-cv-07060 SJO (MRWx)<br><br>Assigned for All Purposes to: Judge S. James Otero, Courtroom 1<br><br>**ORDER DISMISSING DEFENDANT ZB, N.A, DOING BUSINESS AS CALIFORNIA BANK & TRUST, AND DISMISSING DEFENDANTS CHRISTINE GUAN, VINCENT MESSINA, AND MESSINA LEGAL GROUP, LLC, WITH, RETENTION OF JURISDICTION** |

[PROPOSED] ORDER OF DISMISSAL AND RETENTION OF JURISDICTION

**THE COURT**, having considered the Stipulation of Plaintiffs Liu Aifang, Jin Bixia, Su Yan, Zhu Jingbo, Xu Jing, Gao Jinliang, Gou Xiaoye, Wang Hongmei, Xin Bin, Tan Yanting, Tao Qing, Lu Tsui-Hua, Chen Xiaoyan, Chen Jianxiu, Zhou Jun and Xian Hao ("Plaintiffs") and defendants ZB, N.A, doing business as California Bank & Trust ("CB&T"), Christine Guan ("Guan"), Vincent Messina, and Messina Legal Group, LLC (collectively "Messina") to dismiss CB&T with prejudice, and to dismiss Defendants Guan and Messina with retention of jurisdiction, **ORDERS AS FOLLOWS:**

1. ZB, N.A, doing business as California Bank & Trust (sued herein as "California Bank & Trust") is hereby dismissed from this action with prejudice.

2. Defendants Christine Guan, Vincent Messina, and Messina Legal Group, LLC, are hereby dismissed from this action with prejudice and, by request and stipulation of the Plaintiffs and Guan and Messina, under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), shall retain jurisdiction for the purpose of resolving any disputes arising from any settlement agreement that may exist among Plaintiffs, Guan, and Messina with respect to this action, including disputes to enforce the terms of any settlement agreement..

**IT IS SO ORDERED**

Dated: August 30, 2016

*S. James Otero*
_____
The Honorable S. James Otero
United States District Judge

[PROPOSED] ORDER OF DISMISSAL AND RETENTION OF JURISDICTION

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333