

**FILED**
CLERK, U.S. DISTRICT COURT

September 26, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIU AIFANG, ET AL., | Case No. 2:14-07060-SJO-MRWx |
| Plaintiffs, | **FINAL JUDGMENT** |
| vs. | |
| VELOCITY VIII L.P., et al., | |
| Defendants. | |

## FINAL JUDGMENT

Upon review of the court files, the applications for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiffs Liu Aifang, Jin Bixia, Su Yan, Zhu Jingbo, Xu Jing, Gao Jinliang, Gou Xiaoye, Wang Hongmei, Xin Bin, Tan Yanting, Tao Qing, Lu Tsui-Hua, Chen Xiaoyan, Chen Jianxiu, Zhou Jun, and Xian Hao ("Plaintiffs") shall have **JUDGMENT** in their favor and against defaulting Defendants Velocity VIII L.P., REO Group Properties, LLC, Wendy Ko, Ning-Lee Ko, and Y&C Builder Inc. (collectively, "Defendants"), jointly and severally, as follows:

IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiffs are awarded a monetary judgment against Defendants jointly and severally in the sum of $8,000,000.

1    IT IS HEREBY FURTHER ORDERED AND ADJUDGED THAT, pursuant to California Civil

2    Code section 3287(a), Plaintiffs shall recover froM Defendants jointly and severally pre-judgment

3    interest at a rate of seven percent per annum, which shall accrue from October 9, 2015 until the

4    date of entry of Final Judgment.

5    IT IS HEREBY FURTHER ORDERED AND ADJUDGED THAT, pursuant to 28 U.S.C.

6    section 1961(a), the total amount of this judgment shall bear post-judgment interest at a rate of

7    0.60 percent from the date of entry of Final Judgment.

8

9    IT IS SO ORDERED.

10

11   Dated:        September 26, 2016

                                              S. JAMES OTERO
12                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28